**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JOSEPH BOND<br>individually and on behalf of all others<br>similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISPATCH ANGELS LLC<br>d/b/a Trucking Angel LLC et al.,<br><br>Defendants. | | CIVIL ACTION FILE<br><br>NO. 1:24-cv-01440-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant Callahan's Motion to Dismiss, and the Plaintiff's Motion to Dismiss Defendant Callahan's Counterclaim, and the court having granted said motions, it is

**Ordered and Adjudged** that this action be and the same hereby is, dismissed including Plaintiff's claims against Defendant Trucking Angel LLC.

Dated at Atlanta, Georgia, this 1st day of April, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/A. White_____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 1, 2025
Kevin P. Weimer
Clerk of Court

By:   s/A. White_____
Deputy Clerk